# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KUHRT LUCYNSKI,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No.  6:05-cv-429-Orl-31DAB**

**MANAGING FOOD, LLC d/b/a Hungry Howies,**

        **Defendant.**

_____

## ORDER

    This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **JOINT STIPULATION AND MOTION FOR THE SUBSTITUTION OF DEFENDANT (Doc. No. 19)** |
| **FILED:** | **September 6, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

    The parties filed a Notice of Settlement on August 4, 2005 and the case was dismissed with prejudice on August 5, 2005.  Doc. Nos. 17, 18.  As such, the case is closed with no motion to reopen. The parties may resolve the issue in their settlement negotiations.

    **DONE** and **ORDERED** in Orlando, Florida on September 14, 2005.

*David A. Baker*
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record