# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KUHRT LUCYNSKI,**

        **Plaintiff,**

-vs-                      **Case No. 6:05-cv-429-Orl-31DAB**

**MANAGING FOOD, LLC d/b/a Hungry Howies,**

        **Defendant.**

_____

## ORDER

On August 8, 2005, the parties filed a Notice of Settlement (Doc. 17) and the Court dismissed the case without prejudice pursuant to Local Rule 3.08(b) (Doc. 18). Thereafter, the Defendant moved to substitute party (Doc. 20), which was denied as moot (Doc. 21). Now, the parties seek approval of their confidential settlement agreement, including substitution of the party defendant (Doc. 22).

Since this is an FLSA case, dismissal may be obtained only upon a finding by the Court that the settlement is fair and reasonable. *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350 (11th Cir. 1982). The Court will not make this determination *in camera*, nor will the Court retain jurisdiction to enforce a confidential settlement agreement. Accordingly, it is

**ORDERED** that:

1. The Order of Dismissal without prejudice is VACATED; and the Clerk is directed to reopen the file;

2. The Motion for Substitution of Party is GRANTED; and

    3.    The Motion for Approval of Settlement is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 4, 2005.

Copies furnished to:

Counsel of Record
Unrepresented Party

*[signature]*
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE