**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KUHRT LUCYNSKI,**

    **Plaintiff,**

**-vs-**               Case No. 6:05-cv-429-Orl-31DAB

**APOPKA PIZZA, LLC,**

    **Defendant.**
_____

## ORDER

Upon consideration of the Joint Motion to File Settlement Agreement and Request for Court's Review and Approval (Doc. 25), it is

**ORDERED** that the Motion is GRANTED. The Court finds that the Settlement Agreement is a fair and reasonable compromise of a legitimate dispute between parties represented by competent counsel. Therefore, the Settlement Agreement is approved and the Clerk shall enter judgment for the Plaintiff incorporating its terms, and close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 17, 2005.

Copies furnished to:

Counsel of Record
Unrepresented Party

               GREGORY A. PRESNELL
               UNITED STATES DISTRICT JUDGE